No. D–2624. IN RE DISBARMENT OF SQUIRE. Disbarment entered. [For earlier order herein, see 565 U. S. 1257.]

No. D–2632. IN RE DISBARMENT OF POOLE. Disbarment entered. [For earlier order herein, see *ante*, p. 918.]

No. D–2653. IN RE DISBARMENT OF UHL. Disbarment entered. [For earlier order herein, see *ante*, p. 934.]

No. 11M92. JOHN MEZZALINGUA ASSOCIATES, INC. *v.* INTERNATIONAL TRADE COMMISSION. Renewed motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 11–218. TIBBALS, WARDEN *v.* CARTER. C. A. 6th Cir. [Certiorari granted, 565 U. S. 1259.] Motion of respondent for appointment of counsel granted. Scott Michelman, Esq., of Washington, D. C., is appointed to serve as counsel for respondent in this case.

No. 11–8556. BOOK *v.* MORTGAGE ELECTRONIC REGISTRATION SYSTEMS ET AL. C. A. 2d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 917] denied.

No. 11–8636. LOYOLA *v.* DONAHOE, POSTMASTER GENERAL. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [565 U. S. 1258] denied.

No. 11–9692. RANA *v.* DEPARTMENT OF THE ARMY. C. A. Fed. Cir.; and

No. 11–9833. THOMAS *v.* RITZ CONDOMINIUM ASSN., INC. Super. Ct. N. J., App. Div. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until June 19, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 11–9994. IN RE CARRILLO; and

No. 11–10052. IN RE NOAH. Petitions for writs of habeas corpus denied.